IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES BRUNSON AND BRUNSON PACKAGE, INC., AN ILLINOIS CORPORATION | ) ) ) ) | |
| Plaintiffs | ) ) | |
| Vs. | ) ) | No. 12-225 JPG/PMF |
| MAX SCHAUF, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF BRIDGEPORT, ILLINOIS; SCOTT MURRAY INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE FOR BRIDGEPORT; MIKE MEFFORD, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE AND FIRE FOR LAWRENCEVILLE, ILLINOIS; LISA WADE INDIVIDUALLY AND IN HER CAPACITY AS STATE'S ATTORNEY FOR LAWRENCE COUNTY MARK SCHAUF; JASON COOPER, JODY HARSHMAN; CITY OF BRIDGEPORT, CITY OF LAWRENCEVILLE; AND COUNTY OF LAWRENCE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ENTRY OF APPEARANCE AND JURY DEMAND**

NOW Comes Attorney Joseph A. Bleyer of the Law Firm of Bleyer and Bleyer and enters his appearance as counsel of record for the County of Lawrence and demands Trial by Jury.

BLEYER and BLEYER

S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendants, County of Lawrence

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:    (618)997-1331
Facsimile:    (618)997-6559
e-mail:       jableyer@bleyerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2012, I electronically filed an Entry of Appearance on behalf of the Defendant, County of Lawrence, with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

>Richard S. Fedder
>144 Pineview Road
>Carbondale, IL 62901
>rfddr@yahoo.com

I hereby certify that on July 8, 2012, I mailed by United States Postal Service, the documents to the following nonregistered participants:

>None

>S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:    (618)997-1331
Facsimile:    (618)997-6559
e-mail:       jableyer@bleyerlaw.com