IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BRUSNSON and BRUNSON PACKAGE, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MAX SCHAUF, et al.,<br><br>    Defendants. | Case No. 3:12-cv-225-GPM-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Extension of Time to Complete Discovery filed by the parties on April 11, 2013 (Doc. 73). The Motion is **GRANTED IN PART**. The schedule in this matter is modified as follows:

    A. Plaintiff's deposition shall be taken by June 1, 2013.

    B. Defendants' deposition shall be taken by June 1, 2013.

    C. Expert witnesses (if any) shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

        1. Plaintiff's expert(s): May 3, 2013.

        2. Defendants' expert(s): May 17, 2013.

        3. Third Party expert(s): Not relevant

    D. Depositions of expert witnesses must be taken by:

        1. Plaintiff's expert(s): June 7, 2013.

        2. Defendants' expert(s): June 7, 2013.

E. **Discovery** shall be completed by **June 7, 2013 (the parties requested June 8, 2013 which is a Saturday).**

F. All **dispositive motions** shall be filed by **June 21, 2013 (again, June 22, 2013 is a Saturday).**

The Final Pretrial Conference is **RESET** to **October 28, 2013 at 8:00 a.m.** The Jury Trial in this matter is **RESET** to **November 12, 2013 at 8:00 a.m..** The parties are informed that the new deadlines and hearing dates in this matter are **FIRM** and are unlikely to be altered.

DATED: April 16, 2013

*Donald Wilkerson*
**DONALD G. WILKERSON**
United States Magistrate Judge