IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BRUNSON, BRUNSON PACKAGE, INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:12-CV-00225-NJR-DGW<br>)<br>) |
| MAX SCHAUF, SCOTT MURRAY, LISA WADE, MARK SCHAUF, JASON COOPER, JODY HARSHMAN, CITY OF BRIDGEPORT, COUNTY OF LAWRENCE, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order dated October 24, 2012 (Doc. 30), **Defendants MIKE MEFFORD and CITY OF LAWRENCEVILLE** are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order dated October 30, 2012 (Doc. 38), Plaintiffs' claims for Unlawful Restraint of Trade against **Defendants MAX SCHAUF, SCOTT MURRAY, and LISA WADE** are **DISMISSED with prejudice**. Plaintiffs' claims for Racketeering against **Defendants MAX SCHAUF and SCOTT MURRAY** are **DISMISSED with prejudice**. Plaintiffs' claims for malicious prosecution against **Defendants MAX SCHAUF, SCOTT MURRAY, LISA WADE, JODY HARSHMAN, CITY OF BRIDGEPORT, and LAWRENCE COUNTY** are **DISMISSED with prejudice**.

Plaintiffs' claims for Racketeering, Conspiracy under Illinois Law, and Tortious Interference with Business Expectancy against **Defendant LISA WADE** are **DISMISSED with prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order dated December 19, 2012 (Doc. 62), **Defendants BEVERLY PREUSZ and ERIC PAULEN** are **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Minute Entry dated June 23, 2014 (Doc. 125), **Defendant JASON COOPER** is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Memorandum and Order dated July 23, 2014 (Doc. 129) the judgment is entered in favor of **Defendants MAX SCHAUF, SCOTT MURRAY, WADE, CITY OF BRIDGEPORT,** and **LAWRENCE COUNTY** and against **Plaintiffs JAMES BRUNSON and BRUNSON PACKAGE, INC.** on Counts 1-3 of the Second Amended Complaint (Doc. 67). Defendants **JODY HARSHMAN** and **MARK SCHAUF** are **DISMISSED with prejudice** as to Count 1 of the Second Amended Complaint (Doc. 67). Counts 4-6 of the Second Amended Complaint (Doc. 67) are **DISMISSED without prejudice.**

DATED:   July 23, 2014                JUSTINE FLANAGAN, ACTING CLERK

                                                      By:   s/ Deana Brinkley
                                                            Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
                 **NANCY J. ROSENSTENGEL**
                 **United States District Judge**