IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BRUNSON AND BRUNSON PACKAGE, INC., AN ILLINOIS CORPORATION<br><br>Plaintiffs<br><br>Vs.<br><br>MAX SCHAUF, INDIVIDUALLY AND IN HIS CAPACITY AS MAYOR OF BRIDGEPORT, ILLINOIS; SCOTT MURRAY INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE FOR BRIDGEPORT; MIKE MEFFORD, INDIVIDUALLY AND IN HIS CAPACITY AS CHIEF OF POLICE AND FIRE FOR LAWRENCEVILLE, ILLINOIS; LISA WADE INDIVIDUALLY AND IN HER CAPACITY AS STATE'S ATTORNEY FOR LAWRENCE COUNTY MARK SCHAUF; JASON COOPER, JODY HARSHMAN; CITY OF BRIDGEPORT, CITY OF LAWRENCEVILLE; AND COUNTY OF LAWRENCE,<br><br>Defendants. | No. 12-225 MJR/DGW |

**STATUS REPORT**

NOW Come the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and the City of Bridgeport, by Joseph A. Bleyer of Bleyer and Bleyer, their attorneys, and for their Status Report to the Court, state:

1. The Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and the City of Bridgeport, admit to receiving Attorney Fedder's e-mail and acknowledge that Attorney Fedder never followed up with the e-mail or attempted to telephone counsel for the Defendants to discuss the Joint Report.

2. The Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport, have reviewed the Plaintiffs' Joint Report and agree that the case remains pending only against the Defendants, Max Schauf, Scott Murray and the City of Bridgeport.

3. That Defendants, Lawrence County and former State's Attorney Lisa Wade have been dismissed.

4. That the case is scheduled for a Settlement Conference before Judge Wilkerson on March 29, 2017.

5. That the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport believe that a Settlement Conference would be beneficial at this time considering the issues that have been outlined by the Seventh Circuit Court of Appeals.

6. That the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport do not believe that the Plaintiffs' Theory

that a Motion for Partial Summary Judgment is likely to be granted. However, the Defendants Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport certainly do not take the position the Plaintiffs are not entitled to file a Motion for Summary Judgment and if a Motion for Partial Summary Judgment is filed, the Court should establish a Briefing Schedule.

7.     The Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport likewise are contemplating filing a Motion to Dismiss now that the case is being remanded.

8.     The Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport take no position as to whether the State will retain jurisdiction over the State claims. That is within the discretion of this Honorable Court; however, the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport do take the position that a Settlement Conference would be beneficial; however, if the Court believes a Settlement Conference would be better suited following the Plaintiffs filing a Motion for Summary Judgment, the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport certainly have no objection to that procedure.

Respectfully submitted,

BLEYER and BLEYER

S/Joseph A. Bleyer
Attorney Registration No. 6193192
Attorneys for Defendants, Max Schauf,
Individually and in his capacity as Mayor of
Bridgeport, Illinois, Scott Murray, Individually
and in his capacity as Chief of Police for
Bridgeport, and City of Bridgeport

BLEYER and BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618) 997-1331
Fax:              (618) 997-6559
e-mail:         *jableyer@bleyerlaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2017, I electronically filed a Status Report on behalf of all the Defendants, Max Schauf, Individually and in his capacity as Mayor of Bridgeport, Illinois, Scott Murray, Individually and in his capacity as Chief of Police for Bridgeport, and City of Bridgeport with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

> Richard S. Fedder
> 144 Pineview Road
> Carbondale, IL 62901
> rfddr@yahoo.com

I hereby certify that on March 7, 2017, I mailed by United States Postal Service, the documents to the following nonregistered participants:

> None

S/JOSEPH A. BLEYER

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:   (618)997-1331
Facsimile:    (618)997-6559
e-mail:         jableyer@bleyerlaw.com